UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MORROW,
INDIVIDUALLY AND AS NEXT FRIEND
OF HIS MINOR CHILD, I.M.,

                    Plaintiffs,                          26-cv-0192 (LTS)

         -against-                                       CIVIL JUDGMENT

PAUL HYMOWITZ, PH.D.,

                    Defendant.

For the reasons stated in the January 15, 2026, order, this action is dismissed without

prejudice as duplicative of *Morrow I*, ECF 1:26-CV-00129 (LTS).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    January 21, 2026
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge